UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TORA HOLLANDSWORTH, <br><br> Plaintiff, <br><br> v. <br><br> JUDICIAL COUNCIL OF CALIFORNIA, STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 4:18-cv-07513-KAW <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE DEADLINE FOR FILING FIRST AMENDED COMPLAINT** <br><br> Re: Dkt. No. 11 |

On February 27, 2019, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915, and found that it was deficient. (Dkt. No. 9.) Plaintiff was ordered to file an amended complaint by March 27, 2019. *Id.* at 3.

On March 22, 2019, Plaintiff filed an administrative motion requesting that the deadline to file her amended complaint be extended to May 29, 2019. (Dkt. No. 11.) Plaintiff's motion is GRANTED, and she shall file her amended complaint on or before May 29, 2019. In amending her complaint, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. While the Help Desk attorneys cannot represent her, they can assist her in determining whether there are claims for which she can recover.

Additionally, the case management conference set for June 18, 2019 is continued to August 20, 2019 at 1:30 p.m., 1301 Clay Street, Oakland, California. Case management conference statements are due on or before August 13, 2019.

IT IS SO ORDERED.

Dated: April 5, 2019

KANDIS A. WESTMORE
United States Magistrate Judge