UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TORA HOLLANDSWORTH, <br> Plaintiff, <br> v. <br> JUDICIAL COUNCIL OF CALIFORNIA, STATE OF CALIFORNIA, et al., <br> Defendants. | Case No. 4:18-cv-07513-KAW <br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 9 |

On December 13, 2018, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On February 27, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 13 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by March 27, 2019. *Id.* The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.*

On March 22, 2019, Plaintiff filed an administrative motion requesting that the deadline to file her amended complaint be extended to May 29, 2019, which was granted. (Dkt. Nos. 11 & 13.) Plaintiff was again referred to the Federal Pro Bono Project's Help Desk for assistance. (Dkt. No. 13 at 1.) To date, however, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **June 28, 2019**, why the case should not be dismissed for failure to prosecute, and why she did not timely file the amended complaint. Additionally, Plaintiff shall file the first amended complaint. Failure to respond to the order to show cause and file the first amended complaint by the deadline will result in the Court

reassigning the case to a district judge with the recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: June 6, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge