UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TORA HOLLANDSWORTH, Plaintiff, v. JUDICIAL COUNCIL OF CALIFORNIA, STATE OF CALIFORNIA, et al., Defendants. | Case No. 4:18-cv-07513-KAW **SECOND ORDER TO SHOW CAUSE** Re: Dkt. Nos. 9, 14 |

On December 13, 2018, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On February 27, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 13 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by March 27, 2019. *Id.* The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.*

On March 22, 2019, Plaintiff filed an administrative motion requesting that the deadline to file her amended complaint be extended to May 29, 2019, which was granted. (Dkt. Nos. 11 & 13.) Plaintiff was referred to the Federal Pro Bono Project's Help Desk for assistance. (Dkt. No. 13 at 1.) Plaintiff did not file her amended complaint by the deadline, and, on June 6, 2018, the undersigned issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 14 at 1.) Plaintiff was given until June 28, 2019 to file both a response to the order to show cause and her first amended complaint. To date, Plaintiff has done neither.

Accordingly, the Court ORDERS Plaintiff to show cause, by **August 12, 2019**, why the

case should not be dismissed for failure to prosecute, why she did not timely file the amended complaint, and why she did not timely respond to the first order to show cause. Additionally, Plaintiff shall file the first amended complaint. The response to the second order to show cause and the first amended complaint should be filed as separate documents. Failure to file both documents by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

Lastly, the August 20, 2019 case management conference is continued to **September 17, 2019** at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California. Case management statements are due on or before September 10, 2019.

IT IS SO ORDERED.

Dated: July 17, 2019

KANDIS A. WESTMORE
United States Magistrate Judge