# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA TORA HOLLANDSWORTH,**<br><br>Plaintiff,<br><br>vs.<br><br>**JUDICIAL COUNCIL OF CALIFORNIA, STATE OF CALIFORNIA, ET AL.,**<br><br>Defendants. | CASE NO. 18-cv-07513-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 16 |

The Court has carefully reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 16 ("Report")) recommending that the case be dismissed without prejudice for failure to prosecute. No party filed an objection. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITHOUT PREJUDICE**.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**